UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IRIS CORPORATION,

                         Plaintiff,

      v.

JAPAN AIRLINES INTERNATIONAL
CO. LTD.,

                         Defendant.         1:06-cv-06336-CBA-KAM
-----------------------------------------------------------------X

**ADMISSION TO PRACTICE PRO HAC VICE**

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. JAN 31 2007 TIME A.M. P.M.

      The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, Charles F. Schill, Esq., William Karas, Esq., Stuart Huang, Esq., and Carol Gosain, Esq. are permitted to argue or try this particular case in whole or in part as counsel or advocate.

      An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

      The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 1/29/07

/s/ Hon. Carol B. Amon
United States District Judge

cc:  Charles F. Schill, Esq.
      Court File