# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2010-1051 - IRIS CORP V JAPAN AIRLINES

**Date of docketing:** 10/29/2009

**Appeal from:** United States District Court / Eastern District of New York
case no. 06-CV-6336

**Appellant(s):** Iris Corporation

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Eastern District of New York
   Charles F. Schill
   Stephen N. Weiss

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 02 2009 ★
BROOKLYN OFFICE

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2010-1051

IRIS CORPORATION,

                        Plaintiff-Appellant,

v.

JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.,

                        Defendant-Appellee,

and

JAPAN AIRLINES CORPORATION,

                        Defendant.

Appeal from the United States District Court for the Eastern District of New York in case no. 06-CV-6336, Judge Carol Bagley Amon.

## Authorized Abbreviated Caption[2]

IRIS CORP V JAPAN AIRLINES, 2010-1051

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.